# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 26, 2013

## NO.  03-13-00319-CV

**Heather A. Stier, Appellant**

**v.**

**Gary R. Stier, Appellee**

**APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD**
**DISMISSED FOR WANT OF PROSECUTION --**
**OPINION BY CHIEF JUSTICE JONES**

**IT APPEARING** to this Court that the appellant has failed to pay or make arrangements to pay for the clerk's record, and, accordingly, has failed to prosecute the appeal:  **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution.  **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.